# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MELVIN THEODORE SHARPE, JR.** | : CIVIL ACTION |
| v. | : NO. 22-3871 |
| **KENNETH E. WEST** | : |

## O R D E R

**AND NOW,** this 23rd day of February, 2023, **IT IS HEREBY** ordered that the September 20, 2022 Order of the Bankruptcy Court dismissing the Appellant/Debtor's Chapter 13 petition is **AFFIRMED**.

The Appellant's motion for an extension of time [Doc. 3] is **DENIED** as moot.

The Clerk is **DIRECTED** to mark this case as **TERMINATED**.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.